**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00230-CR**
_____

**ALBERT WENDELL SELLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. F19-33290-0**

---

**MEMORANDUM OPINION**

On June 28, 2024, Albert Wendell Sells filed a notice of appeal from a sentence pronounced on August 4, 2022, in Trial Cause Number F19-33290-0. This is the second time Sells filed a notice of appeal regarding this case. On February 1, 2023, we dismissed Sells' appeal because the notice of appeal had not been timely filed. *See Sells v. State*, No. 09-22-00408-CR, 2023 WL 1431166, at *1 (Tex. App.—Beaumont Feb. 1, 2023, no pet.) (mem. op., not designated for publication).

When a defendant appeals from a conviction in a criminal case, the time to file a notice of appeal runs from the date sentence is imposed or suspended in open court. *See* Tex. R. App. P. 26.2(a). The notice of appeal must be filed "within 90 days after the day sentence is imposed or suspended in open court if the defendant timely files a motion for new trial." *Id*. 26.2(a)(2). Sells filed a notice of appeal on June 28, 2024, more than 90 days after the date the trial court imposed the sentence.

On July 3, 2024, the Clerk of the Court notified the parties that the appeal would be dismissed unless a party established that the notice of appeal was timely filed. No party filed a response. Furthermore, the Court has received nothing from the Court of Criminal Appeals stating that the Court of Criminal Appeals has granted an out-of-time appeal. We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 30, 2024
Opinion Delivered July 31, 2024
Do Not Publish

Before Johnson, Wright and Chambers, JJ.